ADELINE WIDMAYER, Respondent, v. ARTHUR G. HUMPHRIES, Appellant.— Interlocutory judgment modified so as to provide that the defendant Humphries shall be entitled upon the accounting to be allowed the amount of interest which was actually paid upon the first mortgage; and as so

modified affirmed, with costs to the plaintiff. Blackmar, P. J., Mills, Rich and Manning, JJ., concur; Jaycox, J., dissents.